No. 5862.

### CHARLES MARTINEZ VS. CITY OF NEW ORLEANS.

The suit was for the value of two thousand tons of ballast, which the city used for corporate purposes. The ballast, being on the public landing, was subject to removal at the pleasure of the city authorities. The expense of hauling it away was con-

siderable. It therefore had two values, — one price so long as it was permitted to remain gratuitously on the public landing, and became practically of smaller value after notice to remove. The latter is the standard of value adopted by the court. Judgment accordingly.

APPEAL from the Superior District Court of New Orleans. HAWKINS, J.

*Bright* for Plaintiff Appellant.   *Blanc* for Defendant.

WHITE, J., delivered the opinion.